FILED
VANESSA L ARMSTRONG

MAR 25 2016

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**KOSMOS CEMENT COMPANY**
d/b/a Cemex

INFORMATION

NO. 3:16-MJ-162

30 U.S.C. § 820(d)
30 C.F.R. § 56.14100(b)

## INTRODUCTION

At all times material to this Information:

1. In order to protect the mining industry's "most precious resource – the miner," Congress enacted the Federal Mine Safety and Health Act of 1977 ("the Act"), and authorized the Secretary of Labor ("the Secretary") to promulgate regulations to facilitate the Act; including numerous mandatory health and safety standards to which each operator and its agents must adhere. 30 U.S.C. §§ 801, 802, 811.

2. An "operator" includes any "owner, lessee or other person", including a "partnership, association, corporation or firm," which "operates, controls or supervises a . . . mine, or any independent contractor performing services . . . at such mine." 30 U.S.C. § 802.

3. Among the mandatory health and safety standards promulgated by the Secretary is Title 30, Code of Federal Regulations, Section 56.14100(b) which states that, "Defects on any equipment, machinery, (or) tools that affect safety shall be corrected in a timely manner to prevent the creation of a hazard to persons."

4. **KOSMOS CEMENT COMPANY** is a partnership established under the law of the Commonwealth of Kentucky which, doing business as Cemex, operated the Kosmosdale cement production facility at 15301 Dixie Highway, Louisville, Kentucky 40272 and mined limestone at or near that facility.

The United States Attorney Charges:

### COUNT 1

5. The allegations of Paragraph 1, 2, 3, and 4, are realleged and incorporated herein as if fully set out.

6. On or about February 21, 2014, F. M., a contract employee at the Kosmosdale cement production facility, operated by **KOSMOS CEMENT COMPANY**, d/b/a Cemex, fell to his death in the Old Finish Mill, owing to a defect on the elevator at that facility, which permitted the outer door of said elevator to be opened without the elevator itself actually being present.

7. On or about and between March 6, 2012, up to and including February 21, 2014, in the Western District of Kentucky, Jefferson County, Kentucky, **KOSMOS CEMENT COMPANY**, d/b/a Cemex, Inc., defendant herein, did willfully violate a mandatory health and safety standard, that is, failing to correct a defect on a piece of equipment on the Old Finish Mill elevator.

In violation of Title 30, United States Code, Section 820(d).

JOHN E. KUHN, JR.
UNITED STATES ATTORNEY

JEK:rr:ls:2/29/2016

UNITED STATES OF AMERICA v. **KOSMOS CEMENT COMPANY**, d/b/a Cemex
**PENALTIES**

Count 1: $500,000 (misdemeanor resulting in death)

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.